**Order entered September 2, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00371-CR

### CLIFTON DEMONE OWENS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1854331-I**

### ORDER

Before the Court is attorney Robert Baskett's motion to withdraw as court appointed counsel for Clifton Demone Owens. Based on the Court's opinion of this date, we **GRANT** the motion and **DIRECT** the Clerk to remove Robert Baskett as counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this

order. Once appointed, appellate counsel shall investigate the record and file a brief within **THIRTY** days of the date of their appointment.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Robert Baskett; the Dallas County District Attorney's Office, Appellate Division, and appellant Clifton Demone Owens, No. 2258708, Bryd Unit, 21 FM 247, Huntsville, Texas, 77320.

We **DIRECT** the Clerk to remove this case from the submissions docket.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/s/ LESLIE OSBORNE
JUSTICE